AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CYBERCREW STUDIOS LLC, and ØYVIND ENGEVIK <br><br> *Plaintiff(s)* <br> v. <br> BREDNDEN DEARIE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-cv-14198-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRENDEN DEARIE
221 E. INDIANOLA AVE
PHOENIX, AZ 85012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LOUIS R. GIGLIOTTI, ESQ.
114 GOYA WAY
ST. AUGUSTINE, FLM 32086
TEL: 954 471 4392
EMAIL: lgigliotti@bellsouth.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/11/2025

Angela E. Noble
Clerk of Court

SUMMONS

*s/ K. Pierre*
Deputy Clerk
U.S. District Courts