EXHIBIT A

ED ENGWIND Designs<engwind[redacted]>

To: Brenden Dearie

Thu 1/23/2025 6:39 AM

You replied on Thu 1/23/2025 12:18 PM

OWNERSHIP RELINQUISHME...
150 KB

I am also ready to get this finalized, but since the beginning it has become a back and forth with you requesting more and more, and I am no longer willing to add more. Reading through all of the messages, I haven't noticed any lies or falsehoods with what Tanashi has said. It is very unprofessional and I asked him to stop talking about it from now on. But, even now, you are still saying you're willing to give it all up, but you keep asking for more, thus making what Tanashi is saying true. When you rejoined the server and essentially had a confrontation with Tanashi in public, that essentially canceled out any attempt I would have made to do anything past deleting any messages between you two publicly, and any messages from Tanashi about you (which I will do after all this ends). I have told him that from here on out, there will be no more mention of the matter that paints you in a negative way. Also, with what he has explained and showed me, he did not break any contracts, or lie. I know from your point of view, that may not seem true, but from mine, it is

I do appreciate the good faith for the domain, but the domain transfer is essentially a very minor factor when compared to the trademark and the relinquishment document. I prefered domain and trademark, then I pay you, then you sign the document and we are finished, but bane has reached out to us with a different idea since neither party here trusts the other, even though neither party has technically done anything to remove trust, aside from assumptions and yours and Tanashi's unprofessional bickering.

# OWNERSHIP RELINQUISHMENT AND RIGHTS WAIVER AGREEMENT

This Ownership Relinquishment and Rights Waiver Agreement ("Agreement") is made and entered into on this ________ day of ________________, 2025, by and between:

Brenden Michael Dearie, residing in Arizona, United States (hereinafter referred to as "Releasor"), and CyberCrew, an unincorporated project functioning as a collaborative endeavor between its co-founders, Øyvind Engevik and Brenden Michael Dearie, with principal activities including the creation and sale of digital assets, such as NFTs, on international platforms (hereinafter referred to as "Project"), represented by its founder Øyvind Engevik, residing in Bergen, Norway.

## RECITALS

WHEREAS, Releasor currently holds a 40% ownership interest in CyberCrew, including any associated voting rights, claims, or entitlements;
WHEREAS, Releasor desires to voluntarily relinquish and transfer all ownership, voting rights, and claims associated with CyberCrew; and
WHEREAS, the Project accepts the relinquishment of such ownership and rights, subject to the terms of this Agreement.
NOW, THEREFORE, in consideration of the mutual covenants and promises contained herein, the parties agree as follows:

1. **RELINQUISHMENT OF OWNERSHIP**
Releasor hereby irrevocably relinquishes, surrenders, and waives all rights, titles, and interest in the 40% ownership stake in CyberCrew. This relinquishment is final and irrevocable, even if new assets, projects, or profits are created under CyberCrew in the future. Releasor further disclaims any future claims to profits, assets, intellectual property, or distributions of the Project.




Department of State: Division of Corporations

HOME

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 10063754 | Incorporation Date / Formation Date: | 1/13/2025 (mm/dd/yyyy) |
| Entity Name: | CYBERCREW STUDIOS LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | NORTHWEST REGISTERED AGENT SERVICE, INC. | | |
| Address: | 8 THE GREEN, STE B | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19901 |
| Phone: | 302-581-4070 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

View Search Results     New Entity Search

Outlook

Re: CyberCrew

From ENGWIND Designs <engwind.designs@gmail.com>
Date Thu 1/9/2025 12:38 PM
To Brenden Dearie <brendendearie@protocolgemini.com>

Hello Brenden,

Thanks for the update and for clarifying your decision to step back. I understand this hasn't been an easy process, and I appreciate your offer to help with the handoff.

Regarding your 40% equity, I am interested in obtaining full ownership of CyberCrew if I decide to take it further. However, as you know, the company is currently bankrupt and has no active funds, which means the value of the equity is essentially zero at this point.

I also want to point out that during your time with CyberCrew, you earned over $1 million, which far exceeds the expenses and contributions you've handled for the company. I'm grateful for the work you've done, but it's important to keep in mind that the financial reality of CyberCrew today doesn't align with that level of earnings. And I don't believe it would be fair to the community or to me for you to hold onto your 40% as leverage.

If you're open to transferring your shares without financial compensation due to the current state of the company, I'd be happy to draft an agreement to make the transfer official. That way, I'd have the full rights to the name, logo, and any related assets if I decide to rebuild the project in the future.

Let me know if this works for you or if you'd like to discuss other terms.

Best,
ENGWIND

8. jan. 2025 kl. 20:10 skrev Brenden Dearie <brendendearie@protocolgemini.com>:

Also, if the situation arises and you would be interested in obtaining my Equity from the company (40%) I would be very interested in discussing terms.

-BD

EXHIBIT B

Cyber Crew - Tax Advisory Report (May 26 2023) (1).pdf

Open with

New

Home

My Drive

Computers

Shared with me

Recent

Starred

Spam

Trash

Storage

GB of 2 TB used

Get more storage

## *Background and Assumptions*

- Cyber Crew (CC) is an NFT project co-founded by Brenden Michael Dearie ("Co-Founder 1"), founder of the Gemini Protocol based in Phoenix, AZ, the US and Øyvind Engevik ("Co-Founder 2"), a Computer Graphics ("CG") artist based in Bergen, Norway. CC started operations approx. 2 years ago based on the first collection drop timing.
- CC generates revenue received in Ethereum ('ETH") from the sale of CC non-fungible tokens ("NFTs") on GameStop NFT marketplace, a US based company ("GameStop"). GameStop charges a 2% facilitation fee to the buyer / seller and the network fee (gas fee). ETH is first received on layer 2 after the sale of a Non-Fungible Token ("NFT"). ETH is then migrated to layer 1, and eventually converted to USD Coin ("USDC"). CC pays certain contractors for their services in USDC and can convert USDC to fiat money as needed to pay for other operating expenses. It is expected the new structure to be set up will use a custodial account to hold the NFT sales proceeds, pay operating expenses and make distributions to the co-founders.
- To date, CC generated a small amount of revenue from royalties from the "OG" collection on Opensea / Rarible. The primary sales are on GameStop, the arrangement with which are structured as a split contract for one of our minted collections where CC splits 50% of the initial sales with GameStop. Similar split sales arrangement are in place with collaborating artists for a few of their "C4" collection items. The rest of sales take place either in primary or secondary market where CC receives 10% royalty and GameStop takes 2%.
- Intellectual properties ("IPs") currently owned by the co-founders will be transferred to the company structure to be set up: (1) the NFTs tied to the files that are owned by Co-Founder 1 and (2) the software with artistic IP (Co-Founder 2 is the sole artist on it). Copyright and trademark registrations related to the IPs (i.e., names and logos for CyberCrew and Cybercrew) in the US and China are filed.
- Co-Founder 1 owns 40% of the interest in the CC business and Co-Founder 2 owns the remaining 60% interest. However, in terms of voting interest, it is expected that Co-Founder 1 will hold vast majority and seek consent from Co-Founder 2 (i.e., assume that Co-Founder 1's voting interest will exceed 50% and Co-Founder 2's voting interest will be less than 50%). Since there is currently no legal entity set up for CC, the ownership is governed by an oral agreement between the two co-founders. Both co-founders do not and are generally not expected to travel outside of their locations for business. The business operation is handled in the US by Co-Founder 1. There is one part-time employee in Florida who can help handle payroll matters for CC (and the Gemini Protocol).
- In addition to the co-founders, CC also engages other digital artists in the network as independent contractors and operates a tech team in Dubai. Payments to the development team in Dubai are sent to Co-Founder 1 who then transfers to Coinbase and sent as stable coin. Payments made to other artists are sent directly by Co-Founder 2 from the wallet used to mint on the marketplace. Payments for employees or other costs involving fiat are transferred by Co-Founder 2 to Co-Founder 1 (Coinbase wallet) who then cashes out to a linked personal account then transferred to his business account.

pwc

PricewaterhouseCoopers Ltd
[redacted]
Hong Kong

Telephone: (852) 2289 8888
Facsimile: (852) 2810 9888

Brenden Michael Dearie and Øyvind Engevik
C/O Allen & Overy LLP
1221 Avenue of the Americas
New York 10020
United States

FOR THE ATTENTION OF BRENDEN MICHAEL DEARIE

brendendearie[redacted]

17 January 2023

**Invoice Number** **HKG43001447**
Debtor: 02108550
VL/JY

**Please quote this Invoice Number in all correspondence**

# Memorandum of Professional Fees

| | US$ |
|---|---|
| Retainer fee for Tax Structuring Advice from US federal income tax and Norwegian tax perspectives pursuant to Engagement Letter dated 3 Jan, 2023. | 42,000.00 |
| Net Amount | **42,000.00** |

**We confirm that the invoice does not relate to any services rendered in the US.**

*If you have any queries please contact Jessica Yim on (852) 2289 2185.*
*This invoice is due upon presentation.*

pwc

**Invoice Number** **HKG43001447**
Debtor: 02108550
VL/JY

**Please quote this Invoice Number in all correspondence**

| | |
|---|---|
| **Date** | 17 January 2023 |
| **Total** | **US$ 42,000.00** |

# Remittance Advice

Please make cheque payable to:
PricewaterhouseCoopers

PricewaterhouseCoopers Ltd
21st Floor Edinburgh Tower
15 Queen's Road Central
Hong Kong

If making payment by direct deposit, details of the bank account are as follows:

US$ Account

| | |
|---|---|
| Account Name: | PricewaterhouseCoopers |
| Bank: | Standard Chartered Bank (Hong Kong) Limited |
| Branch: | 4-4A Des Voeux Road, Central, Hong Kong |
| Account No: | 447-105-3160-8 |
| Swift Code: | SCBLHKHH |

When making payment by direct deposit, please either:

- Fax a copy of the remittance advice to PwC Accounts Receivable on (852) 2526 9549; or
- E-mail the details of payment (invoice number and amount) to HKFinanceAR@hk.pwc.com; or
- Telephone PwC Accounts Receivable on (852) 2289 8643

*If you have any queries please contact Jessica Yim on (852) 2289 2185.*
*This invoice is due upon presentation.*

EXHIBIT C

ADRIAN FONTES SECRETARY OF STATE
ARIZONA SECRETARY OF STATE

Elections Business Services Rules About

# Result Detail

Back

| | |
|---|---|
| **File ID:** | 9310310 |
| **Name:** | Protocol: Gemini |
| **Business Address:** | 221 E Indianola Ave<br>Phoenix, Arizona<br>85012 |
| **Mailing Address:** | 221 E Indianola Ave<br>Phoenix, Arizona<br>85012 |
| **Nature of Business:** | Technology |
| **Date of First Use:** | April 1, 2019 |
| **Date Registered:** | December 9, 2022 |
| **Expiration Date:** | December 9, 2027 |
| **Applicants:** | MILESTONE FITNESS INC — Arizona Corporation |
| **Registration Information:** | Registration Received: December 9, 2022 — Expires: December 9, 2027 |
| **Correspondence History:** | Trade Name Application — Filed: December 9, 2022 |

Back

ACC

eCorp Search File FAQ

Search for an Entity Name

SEARCH CRITERIA

| | | | |
|---|---|---|---|
| Entity Name: | Protocol: Gemini\ | Entity Type: | All |
| Statutory Agent Name: | N/A | Entity Status: | All |
| Principal Name: | N/A | Name Type: | All |
| Entity Number: | N/A | Entity County: | All |

SEARCH RESULTS

| Entity ID | Entity Name | Entity Type | Entity County | Agent Name | Agent Type | Entity Status |
|---|---|---|---|---|---|---|
| S9310310 | Protocol: Gemini | Trade Name | | | | Active |

Page 1 of 1, records 1 to 1 of 1

Return to Search

DocuSign Envelope ID: B3AAF1F4-C016-4B74-86E1-529FE8E91793

**CONFIDENTIAL**

other address as such Party may hereafter specify for such purpose. Each such notice, request, report or other communication will be effective when received at such address.

(i) If to GameStop, addressed to:

GME Entertainment, LLC
625 Westport Parkway
Grapevine, TX 76051
Attn: [redacted], VP of Business Development
cc: [redacted], VP, Assistant General Counsel

(ii) If to Company, addressed to:

Protocol: Gemini
221 E. Indianola Ave.
Phoenix, AZ 85012
Attn: Brenden Dearie

Section 9.2 <u>No Partnership or Agency Relationship</u>. Nothing in this Agreement will be construed as making either Party the agent of the other Party, as granting to the other Party the right to enter into any contract on behalf of the other Party, or as establishing a partnership, franchise or joint venture between the Parties. Under no circumstances will the employees of one Party be deemed to be employees of the other Party for any purpose. The relationship between the Parties is that of independent contractors.

# INTERVIEW RELEASE

For consideration which I acknowledge, I hereby consent to the recording of my statements, remarks and recollections (collectively, "Statements") and hereby grant to GME Entertainment, LLC and its affiliates (collectively, "Company") and Company's assigns, licensees, and successors the right to copy, publish, reproduce, distribute, transmit, broadcast, exhibit, digitize, display, translate, modify, edit or otherwise all or a portion of the Statements, as well as any photographs, artwork and/or documents I may choose to give to the Company (collectively, the "Interview") for incorporation in the following work *"Creator Spotlight Interviews for GameStop NFT Marketplace"* (the "Work"). I hereby permit the use of all or a portion of the Interview in the Work in all forms and media including advertising and related promotion that the Company may deem appropriate, throughout the world and in perpetuity in connection with the GameStop NFT marketplace and other Company's businesses. I hereby grant to the Company the right to use my image and name in connection with all uses of the Interview and waive the right to inspect or approve use of my Interview as incorporated in the Work. I understand that GME Entertainment, LLC will be the sole owner of all copyright and other rights in and to the Work and may assign such rights as necessary.

I hereby release and discharge the Company and Company's assigns, licensees, successors and agents from any claims that may arise regarding the use of the Interview, including without limitation, any claims based on defamation, right to privacy, moral rights, right of publicity, copyright or any other rights. I acknowledge that I have no ownership rights in the Work, and Company is not obligated to utilize the rights granted in this Interview Release.

I have read and understood this Interview Release and I am over the age of 18 years. This Interview ~~Release expresses the complete understanding~~ of the parties.

Name: Brenden Dearie- Protocol: Gemini + Cyber Crew

Date: 6/16/2022

Signature: Brenden Dearie

Address: 221 E. Indianola Ave. PHX, AZ 85012

Cyber Crew Collab Agreement 8.23.22
File Edit View Insert Format Tools Extensions Help

**OFFICIAL CYBER CREW ARTIST COLLAB AGREEMENT:**
**Last Edited: 8.29.22 Cyber Crew**

Congratulations!
We are excited to have you on board for an official collaboration with the Cyber Crew!
This collaboration will be similar to our flagship 3D interoperable cross-platform collection Cyber Crew Project C[4] on GameStop's NFT Marketplace.

We are building a cross-platform interoperable equipment/avatar/and asset juggernaut and we are happy to have you as a part of this journey. With the recent massive success we've seen on the marketplace and alot of the opportunities/exposure we have been able to bring for our associated artists:

**VZEWL-**
**DOMIVAKERO-**
**ENGWIND-**
**CAVIDMDW-**
**PLS&TY-**
**LUKASHAHN-**
**THEDHOLES-**




---

**Independent Contractor Agreement**

This Independent Contractor Collab Agreement ("Agreement") is made and entered into this ___ day of _____________, 20___ (the "Effective Date") by and between Cyber Crew ("Company") with a principal place of business at 221 E. Indianola Ave. in Phoenix, AZ USA , and ________________ ("Contractor"), (collectively, the "Parties").

**1. Services to Be Performed**
Contractor agrees to perform the following services: create a CYBER CREW item for the

EXHIBIT D

Oyvind Engevik 12/25/2024 8:20 AM

> Tanashi 12/24/2024 9:17 AM
> Merry Christmas eve everyone

MERRY CHRISTMAS!

12/25/2024 9:35 AM

Merry christmas, Everyone!

Tanashi 12/25/2024 11:20 AM

Merry Christmas!

Wednesday, January 1

Tanashi 1/1 2:52 PM

Happy New Year!

3

Monday, January 6

1/6 10:18 AM

Hope everyone had a good holidays. Any updates on the game ? Did it get submitted?

Everyone ?

Tuesday, January 7

1/7 9:08 AM

?

Wednesday, January 8

Tanashi 1/8 7:01 AM

W

Tanashi Resignation ...

Type a message

ie (You)
locks
locks
e
evelopment
yberverse
lanning
App
roject
Fortnite Experie...
eamteam
id
posal - Tomaga...
Session: Picking...
Session: Non-dil...
: Asking for inve...
Session : Planni...
Session: Buildin...
Session: What F

(You)
ocks
cks
elopment
erverse
ning
ct
ite Experie...
eam
- Tomaga...
: Picking...
: Non-dil...
for inve...
: Planni...
Buildin...
What F

Wednesday, January 8

Tanashi 1/8 7:01 AM

Tanashi Resignation ...

1/8 10:03 AM

K

Just make aure you get all the materials and stuff you've been working on in a folder organized

Tanashi 1/8 10:06 AM

My legal representation informed me that I am the owner of all Cyber Crew deathmatch related game files and not required to hand them over. We have done an extensive review of the contract.

1/8 10:10 AM

wtf are you talking about

Is this why you refused to submit the game?

So you could steal it

Wow

Saturday, February 8

Tanashi left the chat.

Betty left the chat.

Sunday, February 9

Oyvind Engevik left the chat.

Type a message

EXHIBIT E

PROTOCOL:GEMINI

BILL OF SALE AND ASSIGNMENT AGREEMENT

This Bill of Sale and Assignment Agreement ("Agreement") is made and entered into as of [Date 4/24/2025 ], by and between:

Seller/Assignor: Brenden Michael Dearie
Address:

[redacted]
Email:

Buyer/Assignee: [Milestone Fitness Inc. DBA Protocol: Gemini]
Address:
221 E. Indianola Ave.
Phoenix, Arizona
85012
Email: [[redacted]@protocolgemini.com]

Recitals:

WHEREAS, the Seller is a co-founder of CyberCrew and the owner of certain trademarks and intellectual property related to the business and services offered by CyberCrew (collectively referred to as "IP Assets");

AND WHEREAS, the Buyer desires to purchase and the Seller desires to sell all rights, title, and interest in the IP, Assets and Trademarks;

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties hereto agree as follows:

Sale and Assignment of IP Assets including all associated trademarks and ownership stakes. The Seller hereby sells, transfers, assigns, and conveys to the Buyer all right, title, and interest in and to the following IP Assets:

PROTOCOL.GEMINI

All trademarks associated with CyberCrew, including but not limited to:

https://tsdr.uspto.gov/#caseNumber=97615625&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch

**US Serial Number:**
97615625

**Application Filing Date:**
Sep. 30, 2022

**US Registration Number:**
7212536

https://tsdr.uspto.gov/#caseNumber=97615626&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch

97615626

**Application Filing Date:**
Sep. 30, 2022

**US Registration Number:**
7212537

https://tsdr.uspto.gov/#caseNumber=97615627&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch

**US Serial Number:**
97615627

**Application Filing Date:**
Sep. 30, 2022

**US Registration Number:**
7212538

All copyrights, patents, trade secrets, and any other related intellectual property rights associated with CyberCrew, all ownership claims, game files,etc.
All rights to any related goods or services connected with the IP Assets.

**Consideration**

The Buyer agrees to pay the Seller the total sum of $41.00 for the assignment and sale of the IP Assets. The parties acknowledge that this amount exceeds any previous offers made and represents a fair value.

Representations and Warranties of the Seller
The Seller represents and warrants that:

The Seller is the sole and exclusive owner of the IP Assets and holds all rights, title, and personal interest therein;
The IP Assets are free and clear of all liens, claims, and encumbrances;

PROTOCOL:GEMINI

The Seller has the full right and authority to sell and assign the IP Assets to the Buyer;
The sale and assignment of the IP Assets does not violate any agreements or obligations of the Seller. That any ownership stakes are represented of his individual ownership stakes (40%).

In regards to the "co-founder" of CyberCrew, Engwind, it is expressed his interest in ownership of the CyberCrew IP is represented as 60% as enumerated in provided documentation.

Retention of Rights
The Seller retains no rights, title, or interest in the IP Assets following the transfer, except as may be expressly stated in this Agreement.

Intent of the Transfer
The parties acknowledge that this transfer is executed in good faith and with the intent of legitimate business structuring. The transfer is not made to defraud creditors or evade personal liability. This sale reflects the Seller's lawful ownership as a co-founder of CyberCrew and the desire to formalize the ownership structure of the IP Assets.

Indemnification
The Seller further agrees that any obligations arising under this indemnification provision shall pertain solely to the Buying entity (Milestone Fitness Inc. DBA Protocol: Gemini) and shall not extend to the Seller personally. The Seller shall not be held personally liable for any claims or damages related to this Agreement or any use of the Intellectual Property Assets assigned herein. Furthermore, the Seller acknowledges and agrees that any claims arising from the use of the Intellectual Property Assets shall be directed solely against the Buyer and shall not impose any liability, obligation, or consequence upon the Seller personally. The Seller's indemnification obligation shall apply without regard to whether the Seller is personally named in any litigation or proceeding related to such claims.

Miscellaneous
This Agreement constitutes the entire understanding between the parties regarding the subject matter hereof and supersedes all prior negotiations, agreements, or understandings. This Agreement may only be amended in writing, signed by both parties.

IN WITNESS WHEREOF, the parties hereto have executed this Bill of Sale and Assignment Agreement as of the date first above written.

PROTOCOL.GEMINI

Seller/Assignor: Brenden Dearie

Brenden Michael Dearie
Date: 4/24/2025

Buyer/Assignee:
Brenden Dearie

[Your S-corporation Name] Designated Rep. of Milestone
By: [Your Name, Title] Fitness Inc. DBA Protocol: Gemini
Date: 4/24/2025

**Your assignment has been successfully submitted.**

**Assignment ID: 978770**

A copy of your filing receipt has been sent to [redacted]otocolgemini.com

**Download your cover sheet (PDF)**

Return to main page

Start new assignment

EXHIBIT F

**Annex A - Project Description**

**1. Project Title:** CyberCrew x Taiko: Pioneering Unified Gaming

**2. Project Overview:** CyberCrew's primary objective is to enhance the value and utility of gaming assets across multiple platforms, underpinned by blockchain technology. By leveraging our existing achievements and the breadth of our community, we propose to integrate our solutions with Taiko, delivering unparalleled cross-platform asset interoperability and engaging gaming experiences. We plan to create a unified gaming coalition to create standardization and processes to serve as a template for faster and easier onboarding of projects; all rallying behind the Taiko Drumbeat.

*CyberCrew: Deathmatch*

We are setting the stage for a visually stunning and adrenaline-fueled battleground. The game is a futuristic 3rd person sci-fi shooter showcasing extremely high quality assets/arts/and lore. In it's final form the game will consist of a multiplayer competitive deathmatch style game with several game types: standard deathmatch, battle royale, big team battle, capture the flag, freeplay and more.

**3. Entity Name & Jurisdiction (if applicable):**

# Confirmation of Acceptance

I, the undersigned, hereby confirm that the wallet address provided in this form is accurate and complete.

**Signature:** Brenden Dearie (Oct 21, 2024 18:25 PDT)

**Email:** brendendearie@[redacted]

**Signature:**
~~**Name:** Brenden Dearie~~
**Entity:** N/A
**Date:** 22 October 2024

For any questions or concerns, please forward them to the following email address: grant@taiko.xyz

5. **Lock-Up Period:** Vested Tokens will be subject to a 6-month lock-up period, starting from either the $TAIKO of the Taiko platform becomes available to the public or the time the Project milestone is met, whichever is later.

6. **Open Source Requirement:** Unless explicitly stated otherwise, all smart contract and frontend code of the Project must be open-sourced from the Project's inception.

7. **Variation:** Variation of your token grant by the DAO may constitute a forfeiture of your Unvested Portion, as the DAO determines in its sole discretion including (without limitation) if the DAO determines that you have engaged in activities that are harmful to the Taiko community or for any other reason the DAO considers appropriate. For the avoidance of doubt, no variation by the DAO will be effective to decrease or forfeit any part of the portion that has already vested in accordance with clause 3 above ("Vested Portion").

8. **Right of First Refusal:** The DAO, Taiko Labs Limited, and/or its associated entities shall have a pre-emptive right to invest up to $250,000 USD in each fundraising round of the Grantee if capital is raised within one year from the date of this agreement, on the same terms and conditions of the respective fundraising round.

9. **Other Grants:** Grantees are allowed to apply for grants from other projects, provided all other requirements of this Agreement are met.

10. **Severance:** If at any time any provision or term of this Agreement or any part thereof becomes or is declared illegal, invalid, void, inoperative or unenforceable for any reason whatsoever under the law by which its construction, validity and performance is governed, such provision or term or part thereof will be deemed to be severed from this Agreement and will be deemed to be deleted from this Agreement but the validity, legality and enforceability of the remaining provisions of this Agreement will not be affected or impaired thereby and will continue in full force and effect; provided always that if any such deletion substantially affects or alters the commercial basis of this Agreement the parties must negotiate in good faith to amend and modify the provisions and terms of this Agreement as may be necessary or desirable in the circumstances.

11. **Governing Law:** This Agreement shall be governed by and construed in accordance with the laws of Cayman Islands.

12. **Confidentiality Clause:** The Grantee may not disclose any details relating to the awarded grant (including any details such as the number of vested or received tokens) until the DAO or Taiko Labs have done so. Any breach of this confidentiality provision may result in the forfeiture of the granted tokens or other remedies as determined by Taiko DAO.

13. **KYC/KYB and AML Review:**

    a. Grantee's Obligation: The Grantee acknowledges and agrees to undergo a Know Your Customer (KYC), Know Your Business (KYB), and Anti-Money

Name: Terence Lam

Title: Director

Taiko DAO

**Signature:**

**Email:**

---

Name: Brenden Dearie

Representing CyberCrew

**Signature:** [signature]
Brenden Dearie (Jul 5, 2024 21:50 PDT)

**Email:** brendendearie@protocolgemini.com

EXHIBIT G

earch OpenSea




0.0013 WETH 0.1499 ETH #3 .148 WETH

BUY FOR

**0.1499 ETH** ($616.75) ENDING IN 44 MINUTES

Buy now

Make offer

**Details** Orders Activity

**Traits**

**Price history**

**About**

**About #029 CYBER CREW MEMBER - E**

This CYBER CREW member is made by ENGWIND as a supplement to the group!

**About CYBERCREW**

A collection by **CyberCrew**

ENGWIND presents :
The CYBER CREW SERIES.
This unique collection includes 43 of the best digital artists in the NFT space. Each Crew member is an original 1:1 NON-GENERATIVE
Collectible with their own story. We will be introducing more and more utility soon!

The Crew is getting bigger...

**Blockchain details**

Search OpenSea

Connect Wallet




Details Orders Activity

## About

**About #089 CYBER CREW - THEDHOLES**

Aliases: "TheDholes Grunt"
"Bad MF"
"Sarcof-o-Guy" (although this name might be made up)

WANTED BY:
O.A.K (Outlaw Apprehension and Kill-Team )

Age: ~ 22 G. Years (Galactic-Standard Years)
Height: 2m
Weight: ~78 Kilos
Build/Race: Mechanical/Bio-Organic/ Extensive Bio-Cybernetic Implants
Known Gang Affiliations: Keeps to himself/herself (gender unknown) Only known connection is to Gauge at THE Cyber Forge.

Known Death Count: 327 Human REAL-Deaths

WARNING: Criminal is considered a Class 3 -Quasi-Enviro- Terrorist.
They are wanted in every major solar system in the known Universe.
The target remains at large and considers themselves to be armed and dangerous (according to their Bio-Blogsphere)

Note: All known attacks from this individual have occurred under the pretense of saving the "Environment" or
"Saving the Cats". If you come in contact with this individual, it is advised to keep your eyes down and not to mess with them
Or any nearby felines.

**About CYBERCREW**

A collection by **CyberCrew**

ENGWIND presents :
The CYBER CREW SERIES.
This unique collection includes 43 of the best digital artists in the NFT space. Each Crew member is an original 1:1 NON-GENERATIVE
Collectible with their own story. We will be introducing more and more utility soon!

The Crew is getting bigger...

**Blockchain details**

Cyber Crew Lore

File Edit View Insert Format Data Tools Extensions Help

## Collabs

| | Collaborated Artists | NFT # |
|---|---|---|
| 1 | ADXMBONI | 25 |
| 2 | ALPEVCHINO | 09; |
| 3 | ANDREAS.IVAN | 16; |
| 4 | BARAN.SARPER | 3 |
| 5 | BILLYANALOG | 04; 83 |
| 6 | BRELLIAS | 80; 15; |
| 7 | CAPTVART | 12; 70; 72; |
| 8 | CAVIDMDW | 101; 103; 124 |
| 9 | DOMIVAKERO | 19; 75; 79; 81; 11 |
| 10 | DYLAN.OSCROFT | 61; 99; |
| 11 | E | 27-49 |
| 12 | EK4H | 22; 68; 69; 115; |
| 13 | Engwind | 01; 50-60; 64; 88; |
| 14 | GSD.STUDIO | 70; 111; 112 |
| 15 | HILLY | 97 |
| 16 | HULEEB | 76; 110; |
| 17 | IAMFESQ | 24; |
| 18 | JAY.H | 13; 65; 113 |
| 19 | KASPER.STEERNBERG | 98 |
| 20 | KIDEIGHT | 8 |
| 21 | LAITHSAFA | 23; |
| 22 | LUKAS.HAHN | 66; 06; 106 |
| 23 | MALTIIK.JPG | 85; 02 |
| 24 | MARKRENDERS | 10; 84; 91; 126 |
| 25 | MUS1TIE | 18 |
| 26 | NOXX.ART | 86; 20; |
| 27 | OVERFIEND | 14; 67; |

## Places

| ...d | Sub-section | Sub-section2 |
|---|---|---|
| ...ime | | |
| ...concert event | | |
| | District 13 | (District) 0 |
| ...ourse "Fun-House" | | |
| | District P.D. | |
| | P.D. HQ | District 19 |
| Roche Noir District | | |
| Sub-Space 9 | | |
| X-Planet | X-Planet #3-218 | |

Share "Cyber Crew Lore"

Add people, groups, spaces, and calendar events

People with access

Brenden Dearie (you) — Owner

[redacted]

General access

Restricted

Only people with access can open with the link

Copy link Done

Established (all) · Established R2 · Established R3 · Outlaws · Enforcers · Timeline

Cyber Crew Lore

File Edit View Insert Format Data Tools Extensions Help

Share

| | Collabs | | | Places | | |
|---|---|---|---|---|---|---|
| | **Collaborated Artists** | **NFT #** | | **Places Mentioned** | **Sub-section** | **Sub-section2** |
| 1 | ADXMBONI | 25 | | C.D.A.A.'s internal vault on Vaultus Prime | | |
| 2 | ALPEVCHINO | 09; | | -DUX" Music venue/concert event | | |
| 3 | ANDREAS.IVAN | 16; | | apan. | | |
| 4 | BARAN.SARPER | 3 | | | District 13 | (District) 0 |
| 5 | BILLYANALOG | 04; 83 | | ademy Max-Grad Course "Fun-House" | | |
| 6 | BRELLIAS | 80; 15; | | | | |
| 7 | CAPTVART | 12; 70; 72; | | e obvi) | | |
| 8 | CAVIDMDW | 101; 103; 124 | | e Parks | | |
| 9 | DOMIVAKERO | 19; 75; 79; 81; 114; 117; | | | | |
| 10 | DYLAN.OSCROFT | 61; 99; | | ecipe Reclamations | | |
| 11 | E | 27-49 | | n District | District P.D. | |
| 12 | EK4H | 22; 68; 69; 115; | | enues | | |
| 13 | Engwind | 01; 50-60; 64; 88; 90; 92-96; 100; 118 | | ict \| | | |
| 14 | GSD.STUDIO | 70; 111; 112 | | | P.D. HQ | District 19 |
| 15 | HILLY | 97 | | 7 | | |
| 16 | HULEEB | 76; 110; | | ensional Station | | |
| 17 | IAMFESQ | 24; | | | | |
| 18 | JAY.H | 13; 65; 113 | | Perfect Pets LLC based in Korea | | |
| 19 | KASPER.STEERNBERG | 98 | | Perfect PETz HQ | | |
| 20 | KIDEIGHT | 8 | | Roche Noir Arrondissement | | |
| 21 | LAITHSAFA | 23; | | Roche Noir Distrct | | |
| 22 | LUKAS.HAHN | 66; 06; 106 | | Sub-Space 9 | | |
| 23 | MALTJIK.JPG | 85; 02 | | X-Planet | X-Planet #3-218 | |
| 24 | MARKRENDERS | 10; 84; 91; 126 | | | | |
| 25 | MUS1TIE | 18 | | | | |
| 26 | NOXX.ART | 86; 20; | | | | |
| 27 | OVERFIEND | 14; 67; | | | | |

**Document details**

| | |
|---|---|
| Location | Mythos / Lore |
| Owner | me |
| Modified | Mar 7, 2023 by me |
| Created | Mar 7, 2023 |

Established (all) Established R2 Established R3 Outlaws Enforcers Timeline



## Document details

| | |
|---|---|
| Location | CyberCrew |
| Owner | me |
| Modified | May 26, 2022 by me |
| Created | Sep 5, 2021 |

Alias: "Phage"
"Diablos Mysticos"

WANTED BY:
O.A.K Outlaw Apprehension and Kill-Team
GAT-AI (Galactic All-Thing Artificial Intelligence Core Institute Feedback Division )
Intergalactic Trans-Dimensional Research and Deletion Institute ITD-RDI

Age: ~ 4 STK. Years (Standard Tachyon Years) Unknown Origin*
Height: 2.6m
Weight: ~ (-3 )Kilos subject has been observed to "displace" matter...

EXHIBIT H

## Garage Trespass in Arizona

In Arizona, it is illegal for someone to enter your attached garage without permission. Trespassing on private property, including an attached garage, is against the law and can result in criminal charges. [3] If someone enters your property without your consent, they may be committing trespassing, which is a criminal offense under Arizona law. [5] Additionally, the law generally disfavors self-help remedies, and it is advisable to resolve such situations through proper legal channels, such as contacting the police or seeking legal counsel. [2]


Home
July 21 3:52 PM
LIVE
DEERE
Police

2:27

◀ Teams

89

+1 (602) 860-6793

Text Message • SMS
Today 2:27 PM

You contacted the Phoenix Police Department on July 21, 2025 at 2:18 PM. Your Call Reference Number is 202501063002.

We will handle your call as soon as possible. Please call our non-emergency line at (602) 262-6151 to follow up, if necessary. If the situation has escalated to an emergency, call 9-1-1.

For more information, and to view this message in additional languages (العربية, 繁體中文, francais, espanol, Kiswahili), please click here: https://engage.phoenix.gov/view_message/07ebe1ab-ed4f-40e6-b491-3e737bd0482f?c=s

Text 'STOP' to unsubscribe from all future messages.

The sender is not in your contact list.
Report Junk

Text Message • SMS

99 -announcements >

everything he can to stop us.

Please be patient with us as we work through this problem.
@everyone

3:53 5G 35

Hello Cyber Crew,

The below material you've made available on the Epic Games Store has been removed in response to a copyright takedown notice we've received from a rights holder:

- Allegedly Infringing Content: Quantum Frame
- https://store.epicgames.com/en-US/p/quantum-frame-357b84

If you believe this content should not have been removed from the Epic Games Store, you may contact the complaining party to directly resolve your issue:

- Rights Holder: Brenden Michael Dearie
- Email: brendendearie@protocolgemini.com

If you and the Rights Holder agree to restore the reported content, please have them write to us at dmca@support.epicgames.com with their consent to restore your content. Once we receive their consent, we may restore your content. Do note that the individual or entity who submitted the takedown notice is not required to respond to your inquiry.

If you believe the above-listed material has been removed as a result of mistake or misidentification, you may send us a counter

Reply

99 -announcements >

# A former team member apparently filed a claim and Epic took down our Quantum Frame store page, this is why you are unable to view it at the moment.

We will be contacting our lawyer with this news and we now have no other option but to move further with legal proceedings.

Apologies to the entire community for him going out of his way to make sure you all suffer in the process of trying to hurt the team.. we planned to release the game next week, but now it may take even longer.

We are doing everything we can to bring you the game, but the former member is doing everything he can to stop us.

Please be patient with us as we work through this problem.

99 -announcements >

everything he can to stop us.

Please be patient with us as we work through this problem.
@everyone

3:53 5G 35

Hello Cyber Crew,

The below material you've made available on the Epic Games Store has been removed in response to a copyright takedown notice we've received from a rights holder:

- Allegedly Infringing Content: Quantum Frame
- https://store.epicgames.com/en-US/p/quantum-frame-357b84

If you believe this content should not have been removed from the Epic Games Store, you may contact the complaining party to directly resolve your issue:

- Rights Holder: Brenden Michael Dearle
- Email: brendendearle@protocolgemini.com

If you and the Rights Holder agree to restore the reported content, please have them write to us at dmca@support.epicgames.com with their consent to restore your content. Once we receive their consent, we may restore your content. Do note that the individual or entity who submitted the takedown notice is not required to respond to your inquiry.

If you believe the above-listed material has been removed as a result of mistake or misidentification, you may send us a counter

Reply

9:39

§1-keyholders >

@Vellu About the doxxing part. You were there with your own face for a couple years and put your own name on the ...

[CYB=RCR=W] BUGS 5/16/25, 7:24 AM

Guy even thinks he got banned when he straight up left and revealed work that wasn't supposed to be shown yet

1 1

@Vellu About the doxxing part. You were there with your own face for a couple years and put your own name on the ...

5/16/25, 9:45 AM

If I'm no longer officially a part of the team then neither I nor my email nor private communications should be leaked then publicly blamed for something that is not true.

@[CYB=RCR=W] BUGS Guy even thinks he got banned when he straight up left and revealed work that wasn't ...

5/16/25, 9:46 AM

I was banned

Also for the record, they had agreed to not speak publicly about any of our discussions. This among other things is them breaking our agreement.

The fact that there is so much hate and frankly mean spirited assumptions about me and my character is sad.

1

The fact that there is so much hate and frankly mean spirited assumptions about me and my ...

Bill 5/16/25, 9:52 AM

Respectfully, your actions in web 3 have lead people

Message #§1-keyhol...

9:39

§1-keyholders >

You don't even know what you are talking about. They banned me from the server and are blaming m...

Vellu 5/15/25, 10:29 PM
About the doxxing part. You were there with your own face for a couple years and put your own name on the website. On USPTO trademark search your info is public because you have something in your name there.

3

May 16, 2025

Power Papps 5/16/25, 3:50 AM
Yikes, alot going on eh

100 1

goml 5/16/25, 6:26 AM




1

@Vellu About the doxxing part. You were there wit own face for a couple years and put your own name on th...

Message #§1-keyhol...

9:40

#🔑§1-keyholders >




B3nJamm1n 5/16/25, 12:26 PM
And another bit of publicly available information.

tmsearch.uspto.gov/search/search-r

Cybercrew ×

Refine search by goods or servi

Basic Expert

1 results
for Cybercrew

Export

CYBERCREW

| | |
|---|---|
| Wordmark | CYBERCREW |
| Status | LIVE REGISTERED |
| Goods & services | IC 035: Compiling indexes of information using blockchain technology;... |
| Class | 035 |
| | 97615627 |
| Owners | DEARIE, Brenden (INDIVID USA) |

Power Papps 5/16/25, 12:38 PM
What is wayluicd?

@Power Papps What is wayluicd?
[CYB3RCR3W] BUGS 5/16/25, 12:50 PM
# §1-keyholders >

Message #🔑§1-keyhol...

9:40

§1-keyholders >

B3nJamm1n 5/16/25, 12:26 PM

And another bit of publicly available information.

tmsearch.uspto.gov/search/search-r

Cybercrew

Refine search by goods or servi

Basic Expert

1 results
for Cybercrew

Export

CYBERCREW

Wordmark CYBERCREW

Status LIVE REGISTERED

Goods & services IC 035: Compiling indexes of information using blockchain technology;...

Class 035

97615627

Owners DEARIE, Brenden (INDIVID USA)

Power Papps 5/16/25, 12:38 PM

What is wayluicd?

@Power Papps What is wayluicd?

[CYB∃RCR∃W] BUGS 5/16/25, 12:50 PM

# §1-keyholders ›

idk I don't think it was really ever clarified what it is. Some were saying it was a PG rebrand but Shrike himself said it wasn't a rebrand. But idk.

dabs 5/16/25, 1:04 PM

Fyre festival 2

Message #§1-keyhol...

9:39

§1-keyholders >

May 15, 2025

vput 5/15/25, 1:45 PM
Bro what the fuck is going on?

11

[CYB=RCR=W] BUGS 5/15/25, 1:53 PM

dabs 5/15/25, 5:52 PM
Sigh

*Original message was deleted*

5/15/25, 6:35 PM
Agreed

5/15/25, 7:14 PM
You don't even know what you are talking about. They banned me from the server and are blaming me for shit they did and publicly doxxing me

*Original message was deleted*

5/15/25, 7:22 PM
Again, you don't know what you are talking about, with all due respect. The facts and proof are ALL on my side. Believe their bullshit and propaganda all you want.

You don't even know what you are talking about. They banned me from the server and are blaming m...

Vellu 5/15/25, 10:29 PM
About the doxxing part. You were there with you[...] face for a couple years and put your own name on the

Message #§1-keyhol...

9:39

§1-keyholders >

The fact that there is so much hate and frankly mean spirited assumptions about me and my ...

**Bill** 5/16/25, 9:52 AM

Respectfully, your actions in web 3 have lead people to feel that way about you. No assumptions at all.

2 100 2 2

**teranor** 5/16/25, 10:18 AM

i think actions speak louder than words, @ɘʞiɿHƧ ɘHT actions lately have been shit. i have defended you in the past, but it looks like you are doing scummy shit behind the scenes. The fact you dumped on CC instead of helping them, and now dragging your feet on a project that you used to champion. How would anyone want to do business with you at this point. You handled and continue to handle shit in a shit manner.

you left a project because it had no value, but now you want to fuck up a whole community to try and find that value - kind of a POS move

3 100 3

If I'm no longer officially a part of the team then neither I nor my email nor private communications ...

**B3nJamm1n** 5/16/25, 11:19 AM

You doxxed yourself years ago in the first iteration of the CC website.

As you said yourself, you were "stepping back & moving to an advisory capacity should the team seek your guidance". And then you left the discord.

Respectfully, your actions are what people are

Message #§1-keyhol...

9:39

§1-keyholders >

As you said yourself, you were "stepping back & moving to an advisory capacity should the team seek your guidance". And then you left the discord.

Respectfully, your actions are what people are reacting to. If you don't like the reactions, change what you're doing.

Please advise what's being said that you are being blamed for that's not true.
Because all that is visible to the public is you squatting on a TM for a project that you aren't involved in anymore.

1

B3nJamm1n 5/16/25, 11:29 AM
Posted in 2022 when the CC website launched.




Message #§1-keyhol...

Outlook

## Re: CyberCrew

From ENGWIND Designs [redacted]
Date Thu 1/23/2025 6:39 AM
To Brenden Dearie <bre[redacted]

1 attachment (150 KB)
OWNERSHIP RELINQUISHMENT AND RIGHTS WAIVER AGREEMENT 1.pdf;

I am also ready to get this finalized, but since the beginning it has become a back and forth with you requesting more and more, and I am no longer willing to add more. Reading through all of the messages, I haven't noticed any lies or falsehoods with what Tanashi has said. It is very unprofessional and I asked him to stop talking about it from now on. But, even now, you are still saying you're willing to give it all up, but you keep asking for more, thus making what Tanashi is saying true. When you rejoined the server and essentially had a confrontation with Tanashi in public, that essentially canceled out any attempt I would have made to do anything past deleting any messages between you two publicly, and any messages from Tanashi about you (which I will do after all this ends). I have told him that from here on out, there will be no more mention of the matter that paints you in a negative way. Also, with what he has explained and showed me, he did not break any contracts, or lie. I know from your point of view, that may not seem true, but from mine, it is

I do appreciate the good faith for the domain, but the domain transfer is essentially a very minor factor when compared to the trademark and the relinquishment document. I prefered domain and trademark, then I pay you, then you sign the document and we are finished, but bane has reached out to us with a different idea since neither party here trusts the other, even though neither party has technically done anything to remove trust, aside from assumptions and yours and Tanashi's unprofessional bickering.

Bane can act as an Escrow for us, it seems he wishes for all of this to be over as much as we do. I will give Bane

NEW MESSAGES

March 8, 2025



**Bane** 3/8/25, 7:07 PM

Test Bane or expedite.

Fuck around... find out.

Message @Bane