**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.:2:25-cv-14198-AMC**

**CYBERCREW STUDIOS, LLC, a Delaware Limited Liability Company, and ØYVIND ENGEVIK, an individual resident of Norway,**

**Plaintiffs,**

**v.**

**BRENDEN DEARIE, an individual resident of Arizona,**

**Defendants.**

______________________________________________/

**PLAINTIFFS' ANSWER AND AFFIRMTIVE DEFNESES TO COUNTERCLAIMS**

COME NOW, Plaintiffs, CYBERCREW STUDIOS, LLC and OYVIND ENGEVIK, by and through undersigned counsel, file this Answer and Affirmative defenses as follows:

I. **COUNT I**

1. Plaintiffs deny the allegations in paragraphs 1-19 of the Affirmative Defenses and demand strict proof thereof.

2. Admitted.

3. Plaintiffs deny the allegations in paragraph 3 and demand strict proof thereof.

II. **COUNT II**

1. Plaintiffs incorporate responses to paragraphs 1-5 as if fully stated therein.

2. Plaintiffs deny the allegations in paragraph 2 and demand strict proof thereof.

3. Plaintiffs deny the allegations in paragraph 3 and demand strict proof thereof.

4. Plaintiffs deny the allegations in paragraph 4 and demand strict proof thereof.

III. **COUNT III**

1. Plaintiffs incorporate responses to paragraphs 1-3 as if fully stated therein.

2. Plaintiffs deny the allegations in paragraph 2 and demand strict proof thereof.

3. Plaintiffs deny the allegations in paragraph 3 and demand strict proof thereof.

IV. **COUNT IV**

1. Plaintiffs incorporate responses to paragraphs 1-3 as if fully stated therein.

2. Plaintiffs deny the allegations in paragraph 2 and demand strict proof thereof.

V. **COUNT V**

1. Plaintiffs incorporate responses to paragraphs 2a-h as if fully stated therein.

2. Plaintiffs deny the allegations in paragraph 2 and demand strict proof thereof.

VI. **COUNT VI**

1. Plaintiffs incorporate responses to paragraphs 1-3 as if fully stated therein.

2. Plaintiffs deny the allegations in paragraph 2 and demand strict proof thereof.

VII. **COUNT VII**

1. Plaintiffs incorporate responses to paragraphs 1-3 as if fully stated therein.

2. Plaintiffs deny the allegations in paragraph 2 and demand strict proof thereof.

VIII. **COUNT VIII**

1. Plaintiffs incorporate responses to paragraphs 1-3 as if fully stated therein.

2. Plaintiffs deny the allegations in paragraph 2 and demand strict proof thereof.

IX. **COUNT IX**

1. Plaintiffs incorporate responses to paragraphs 1-3 as if fully stated therein.

2. Plaintiffs deny the allegations in paragraph 2 and demand strict proof thereof.

3. Plaintiffs deny the allegations in paragraph 3 and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

1. Counter-Plaintiff fails to state a claim upon which relief may be granted because Counter-Plaintiff has not participated in or undertaken any acts which would raise an issue of controversy.
2. Counter-Plaintiff fails to state a claim as he had consented to, and assigned the relevant trademarks to Plaintiffs.
3. Counter-Defendants have the right to use of the marks at issue based on years of continuous and uninterrupted use.

4. Counter-Plaintiff was paid for any work performed, and received payment under the promise that any trademarks at issue would be assigned to Plaintiffs.

5. Plaintiffs use the marks as a brand and the mark serves as an indicator of source. For Plaintiffs.

6. Plaintiffs may rely on a priority date as the senior user of the mark in the relevant markets.

7. Plaintiffs may rely on the common law rights associated with their use of the marks at issue, and priority.

8. Counter-Plaintiff executed documents to support an assignment of the trademarks to Plaintiffs.

9. Counter-Plaintiff has unclean hands in that he cannot assert rights he knowingly assigned to Plaintiffs.

10. Counter-Plaintiff is obligated to execute any and all documents necessary to effectuate a proper assignment of the marks.

Dated: December 11, 2025

By:/s/ Louis R. Gigliotti/

Louis R. Gigliotti, Esq.
Florida Bar No. 71935
114 Goya Way
St. Augustine, FL 32086
Ph: (954) 471-4392
Email: lgigliotti@bellsouth.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via ECF on this 11th day of December 2025.

By: /s/Louis R. Gigliotti
Louis R. Gigliotti, Esq.