**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 2:25-cv-14198-AMC**

**CYBERCREW STUDIOS, LLC, a Delaware Limited Liability Company, and ØYVIND ENGEVIK, an individual resident of Norway,**

**Plaintiffs,**

**v.**

**BRENDEN DEARIE, an individual resident of Arizona,**

**Defendant.**
_______________________________________________/

**NOTICE OF SETTLEMENT**

Plaintiffs, by and through undersigned counsel, and pursuant to Local Rule. 3.09, and files this Notice of Settlement and states as follows:

**INTRODUCTION.**

The parties have reached a settlement in principle that resolves all claims and counterclaims in this action. The parties are finalizing the written settlement agreement and related closing documents and will file a Joint Stipulation of Dismissal With Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) promptly upon execution.

In light of the settlement, the Parties respectfully request that the Court vacate or stay (a) the Joint Discovery Status Report due June 30, 2026 (DE 54), and (b) the discovery status conference set for July 7, 2026, and allow the parties up to thirty (30) days to file the Joint Stipulation of Dismissal.

Dated: July 6, 2026

Respectfully submitted,

By:/s/Louis R. Gigliotti
Fla. Bar No. 71935
LOUIS R. GIGLIOTTI, P.A.
114 Goya Way
St. Augustine, FL 32086
Tel: (954) 471-4392
Email: lgigliotti@bellsouth.net

For Plaintiffs

By:/s/Brenden Dearie
Brenden Dearie
221 Indianola Ave
Phoenix, AZ 85012
Email: compliance@protocolgemini.com

*(electronically filed by Plaintiffs' counsel with Defendant's express written authorization)*

For Defendant/Counter-Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via ECF, this 6th day of July, 2026.

By:/s/ Louis R. Gigliotti
Louis R. Gigliotti