UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA FORT PIERCE DIVISION

CYBERCREW STUDIOS, LLC, a Delaware limited liability company, and ØYVIND ENGEVIK, an individual, Plaintiffs, v. BRENDEN DEARIE, an individual, Defendant.

FILED BY SON D.C.
JUL 06 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Case No. 2:25-cv-14198-AMC

# DEFENDANT'S NOTICE OF SETTLEMENT AND REQUEST TO VACATE THE JUNE 30, 2026 JOINT DISCOVERY STATUS REPORT AND JULY 7, 2026 DISCOVERY STATUS CONFERENCE

Defendant/Counter-Plaintiff Brenden Dearie, appearing pro se, respectfully notifies the Court as follows:

1. The parties have **reached a settlement in principle** that resolves all claims and counterclaims in this action.

2. The parties are finalizing the written settlement agreement and related closing documents and will file a **Joint Stipulation of Dismissal With Prejudice** under Fed. R. Civ. P. 41(a)(1)(A)(ii) promptly upon execution.

3. In light of the settlement, Defendant respectfully requests that the Court **vacate or stay** (a) the Joint Discovery Status Report due June 30, 2026 (DE 54), and (b) the discovery status conference set for July 7, 2026, and allow the parties up to **thirty (30) days** to file the Joint Stipulation of Dismissal.

4. Defendant is pro se, resides in Arizona, and does not have CM/ECF electronic-filing access. To satisfy the June 30 requirement jointly, Defendant prepared a Joint Notice of Settlement and asked Plaintiffs' counsel — who has CM/ECF access — to file it, and followed up by email and text on June 24, 26, and 29, 2026. As of this filing, counsel has acknowledged but not filed it. Defendant therefore submits this Notice directly, by mail, after being advised by the Clerk's Office to do so, in order to timely inform the Court.

Respectfully submitted this 30th day of June, 2026.

Brenden Dearie Defendant/Counter-Plaintiff,
Pro Se 221 E. Indianola Ave, Phoenix, AZ 85012
compliance@protocolgemini.com
brendendearie@protocolgemini.com

---

## CERTIFICATE OF SERVICE

I certify that on June 30, 2026, I served a copy of the foregoing on Plaintiffs' counsel, Louis R. Gigliotti, Esq., by email at lgigliotti@bellsouth.net.

---

Brenden Dearie

[signature] 6.30.26

June 30, 2026

**VIA U.S. MAIL**

Clerk of Court, Room 1016 U.S. District Court, Southern District of Florida Alto Lee Adams, Sr. U.S. Courthouse 101 South U.S. Highway 1 Fort Pierce, FL 34950

**Re: *Cybercrew Studios LLC et al. v. Dearie*, Case No. 2:25-cv-14198-AMC — Defendant's Notice of Settlement (submitted by mail; pro se, no CM/ECF access)**

Dear Clerk of Court:

I am the Defendant in the above-captioned case, appearing pro se and residing in Phoenix, Arizona. I do not have CM/ECF electronic-filing access. I spoke with the Clerk's Office by telephone today, June 30, 2026, and was advised to submit my filing by mail; I am mailing it the same day so that it is timely. I respectfully request that the enclosed be filed.

**Enclosed:** Defendant's Notice of Settlement and Request to Vacate the June 30, 2026 Joint Discovery Status Report (DE 54) and the July 7, 2026 Discovery Status Conference.

I am submitting this individually, rather than as the joint filing the Court's Order contemplates, for the following reason. The parties have reached a settlement in principle resolving all claims and counterclaims. To timely satisfy the Court's June 30 Joint Discovery Status Report requirement, I prepared a **Joint Notice of Settlement** and provided it to Plaintiffs' counsel, Louis R. Gigliotti — who, unlike me, has CM/ECF access — and asked him to file it jointly. I followed up by email and text message as well as phone call on several occasions, including on June 24, 26, and 29, 30th 2026. As of the time of this mailing, Plaintiffs' counsel has acknowledged my communications but has not filed the notice or a joint report. To ensure the Court is timely and accurately informed and that this deadline is not missed through no fault of my own, I submit this Notice directly.

In light of the settlement, I respectfully request that the Court **vacate or stay** the June 30, 2026 Joint Discovery Status Report requirement and the **July 7, 2026** discovery status conference, and allow the parties up to **thirty (30) days** to file a Joint Stipulation of Dismissal With Prejudice.

Thank you for your assistance and for the accommodation extended to me as a pro se, out-of-state litigant.

Respectfully submitted,

x [signature] 6-30-26

Brenden Dearie Defendant/Counter-Plaintiff,
Pro Se 221 E. Indianola Ave, Phoenix, AZ 85012
compliance@protocolgemini.com
brendendearie@protocolgemini.com

cc: Louis R. Gigliotti, Esq. (via email)

221 E. Indianola AVE
PHX, AZ 85032

RECEIVED
JUL 0 6 2026
CLEARED X-RAY

US District Court, Southern District of Florida
Alto Lee Adams, Sr. U.S. Courthouse Room #1016 Clerk's office
101 South U.S. Highway 1, Fort Pierce FL 34950

3495034209 C007